# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Hem and Thread, Inc. et al*, <br>     Plaintiffs, <br> vs. <br> *Wholesalefashionsquare.com, Inc. et al*, <br>     Defendant. | Case No.: CV 19-283 CBM(AFMx) <br><br> **ORDER RE: JUDGMENT** <br> **[147][148]** |

Consistent with the Court's Order re: Plaintiffs' Motion for Summary Judgment and Defendant's Motion for Summary Judment, judgment is entered in favor of Plaintiffs Hem and Thread, Inc., and against Defendant Wholesalefashionsquare.com, Inc.

**IT IS SO ORDERED.**

DATED: July 28, 2021

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

1