**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *Hem and Thread, Inc. et al*,<br><br>    Plaintiffs,<br><br>vs.<br><br>*Wholesalefashionsquare.com, Inc. et al*,<br><br>    Defendant. | Case No.: CV 19-283 CBM(AFMx)<br><br>**ORDER RE: JUDGMENT**<br> [178][179] |

Consistent with the Court's Order re: Cross-Defendant Andrew Park's Motion for Summary Judgment and Cross-Defendant Brian Park's Motion for Summary Judgment, judgment is entered in favor of Cross-Defendant Brian Park and against Defendant Wholesalefashionsquare.com, Inc.

**IT IS SO ORDERED.**

DATED: July 28, 2021

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

1