1  Avi Wagner (SBN 226688)
2  THE WAGNER FIRM
   1925 Century Park East, Suite 2100
3  Los Angeles, California 90067
4  Telephone: (310) 491-7949
   Facsimile:  (310) 694-3967
5  Email: avi@thewagnerfirm.com

6
7  *Attorney for Cross-Defendant and Cross-Plaintiff*
   *WHOLESALEFASHIONSQUARE.COM, INC.*
8

9
   **UNITED STATES DISTRICT COURT**
10
   **CENTRAL DISTRICT OF CALIFORNIA**
11

12 | WINESTER COMPANY, | Case No. 2:19-CV-00283-CBM-AFM
13 |                   | Hon. Consuelo B. Marshall
14 | Cross-Plaintiff,  |
   | v.                | Magistrate Alexander F. MacKinnon
15 | WHOLESALEFASHIONSQUARE.C
16 | OM, INC., a California Corporation, | **JOINT STIPULATION CONTINUING FINAL PRE-TRIAL CONFERENCE AND TRIAL DATE**
17 | Cross-Defendant.  |
18 |                   |
19 |                   | *Proposed Order filed concurrently herewith*
20 | WHOLESALEFASHIONSQUARE.C
   | OM, INC., a California corporation, |
21 |                   |
22 | Cross-Plaintiff   |
23 |        vs.        |
24 |                   |
25 | ANDREW J. PARK, an individual, J &
   | K CLOTHING, INC. d/b/a LOVE
26 | LETTER COLLECTION a.k.a. MI
   | AMORE F/S, a California Corporation;
27 | YOUNG H. CHO, an individual,
28 | SOYEON CHO, an individual,

- 1 -
**JOINT STIPULATION CONTINUING FINAL PRE-TRIAL CONFERENCE**

1  SKYOCEAN, INC., a California
2  Corporation and; DOES 1-10,
   individuals and/or entities of unknown
3  form,
4
   Cross-Defendants.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -
**JOINT STIPULATION CONTINUING FINAL PRE-TRIAL CONFERENCE**

Cross-Plaintiff and Cross-Defendant Wholesalefashionsquare.com, Inc. ("WFS"), Cross-Plaintiff Winester Company ("Winester"), Cross-Defendants Young H. Cho, Soyeon Cho, and Skyocean, Inc. (collectively hereinafter referred to as "Skyocean"), and Andrew J. Park, and J & K Clothing, Inc. dba Love Letter Collection (collectively, "Love Letter") by and through their respective counsel of record, hereby agree and stipulate as follows:

1. WHEREAS, on May 4, 2021, Winester submitted its Motion for Summary Judgment that is now pending the Court's ruling;

2. WHEREAS, the hearing on this Motion took place on June 15, 2021 at 10:00 a.m. and the Court took the Motion under submission;

3. WHEREAS, based on the pending Motion for Summary Judgment ruling, and in an effort to save litigation expenses/resources, the Parties all agree and stipulate to continue the current Final Pre-Trial Conference date and the Trial date;

4. WHEREAS, the Parties all request to meet and confer regarding pre-trial logistics within 30-days from the date the Court provides its ruling for the pending Motion for Summary Judgment;

5. WHEREAS, the parties submit that good cause exists for granting the relief sought herein. The continuation of the current Final Pre-Trial Conference and Trial dates until the Court rules on Winester's outstanding Motion for Summary Judgment would allow all parties and this Court to save on avoidable expenses and resources;

NOW THEREFORE, by and through their counsel of record, the Parties hereby stipulate and respectfully move this Court to enter an Order as follows:

1. To allow the Parties to meet and confer regarding pre-trial logistics within 30-days from the date the Court provides its ruling on the pending Motion for Summary Judgment;

2. To continue the Final Pre-Trial Conference from October 19, 2021 to January 3, 2021 at 2:30 p.m.; and

**JOINT STIPULATION CONTINUING FINAL PRE-TRIAL CONFERENCE**

3. To continue the trial date from November 2, 2021 to January 18, 2021 at 10:00 a.m.

Dated: September 7, 2021        THE WAGNER FIRM

By: /s/ Avi Wagner

Attorney for Cross Defendant/Cross-Plaintiff Wholesalefashionsquare.com, Inc.

Dated: September 7, 2021        BUCHALTER

By: /s/ Matthew Seror

Matthew L. Seror
Aaron M. Levine
Attorneys for Cross-Plaintiff Winester Company

Dated: September 7, 2021        LAW OFFICES OF S. CALVIN MYUNG

By: /s/ S. Calvin Myung

S. Calvin Myung
Attorney for Cross-Defendants
YOUNG H. CHO, SOYEON CHO, and SKYOCEAN, INC.

Dated: September 7, 2021        LAW OFFICES OF FANG CHEN

By: /s/ Fang Chen

Fang Chen
Attorney for Cross-Defendants
ANDREW J. PARK, and J&K CLOTHING, INC. D/B/A LOVE LETTER COLLECTION

Pursuant to Local Rule 5-4.3.4, I, Avi Wagner, hereby attest that all other signatories to this Stipulation, and on whose behalf it is submitted, concur in its content and have authorized its filing.

Dated:  September 7, 2021                               */s/*  Avi Wagner
                                                                              Avi Wagner

- 5 -
**JOINT STIPULATION CONTINUING FINAL PRE-TRIAL CONFERENCE**