Avi Wagner (SBN 226688)
THE WAGNER FIRM
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 491-7949
Facsimile: (310) 694-3967
Email: avi@thewagnerfirm.com

*Attorney for Cross-Defendant and Cross-Plaintiff*
*WHOLESALEFASHIONSQUARE.COM, INC.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINESTER COMPANY,<br><br>Cross-Plaintiff,<br>v.<br>WHOLESALEFASHIONSQUARE.COM, INC., a California Corporation,<br><br>Cross-Defendant.<br><br><br>WHOLESALEFASHIONSQUARE.COM, INC., a California corporation,<br><br>Cross-Plaintiff<br><br>vs.<br><br>ANDREW J. PARK, an individual, J & K CLOTHING, INC. d/b/a LOVE LETTER COLLECTION a.k.a. MI AMORE F/S, a California Corporation; YOUNG H. CHO, an individual, SOYEON CHO, an individual, | Case No. 2:19-CV-00283-CBM-AFM<br><br>Hon. Consuelo B. Marshall<br><br>Magistrate Alexander F. MacKinnon<br><br>**[PROPOSED ORDER ON JOINT STIPULATION TO CONTINUE FINAL PRE-TRIAL CONFERENCE AND TRIAL DATE** |

| | |
|---|---|
| 1 | SKYOCEAN, INC., a California Corporation and; DOES 1-10, individuals and/or entities of unknown form, |
| 2 | |
| 3 | |
| 4 | Cross-Defendants. |

**Order on Stipulation to Continue Pre-Trial Conference and Trial Dates**

Pursuant to the stipulation of the Parties, and for good cause appearing, it is hereby ordered that:

1. The Final Pre-Trial Conference is continued from October 19, 2021 to January 3, 2021 at 2:30 p.m; and

2. The trial date is continued from November 2, 2021 to January 18, 2021 at 10:00 a.m.

DATED:

_____
Hon. Consuelo B. Marshall
United States District Judge

- 3 -
**Order on Stipulation to Continue Pre-Trial Conference and Trial Dates**