Avi Wagner, Esq. (SBN 226688)
THE WAGNER FIRM
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 491-7949
Facsimile:  (310) 694-3967
Email: avi@thewagnerfirm.com

*Attorney for Defendant and Cross-Claimant*
*WHOLESALEFASHIONSQUARE.COM, INC.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HEM & THREAD, INC., a California corporation, and HYUN KIM, an individual, <br><br> Plaintiffs, <br> vs. <br> WHOLESALEFASHIONSQUARE.COM, INC., a California corporation; DOWNTOWN 11th, Inc., a California corporation; MIN LEE, an individual doing business as ROUSSEAU; ANDREW LEE, an individual doing business as BOSWELL FASHION; and DOES 1 through 10, <br><br> Defendants. <br><br><br><br> WHOLESALEFASHIONSQUARE.COM, INC., a California corporation, | Case No. 2:19-cv-00283-CBM-AFM <br><br> **OMNIBUS DECLARATION OF AVI WAGNER IN SUPPORT OF DEFENDANT WHOLESALEFASHIONSQUARE.COM, INC.'S MOTIONS IN LIMINE 1-2** <br><br> Date:       January 3, 2021 <br> Time:     10:00 a.m. <br> Courtroom: 8B |

DECLARATION OF AVI WAGNER

| | |
|---|---|
| Cross-Plaintiff | |
| vs. | |
| ANDREW J. PARK, an individual, J & K CLOTHING, INC. d/b/a LOVE LETTER COLLECTION a.k.a. MI AMORE F/S, a California Corporation; YOUNG H. CHO, an individual, SOYEON CHO, an individual, SKYOCEAN, INC., a California Corporation and; DOES 1-10, individuals and/or entities of unknown form, | |
| Cross-Defendants. | |

I, Avi Wagner, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.   I am the principal of The Wagner Firm, counsel for cross-plaintiff Wholesalefashionsquare.com, Inc. ("Wholesale") in this matter. I have personal knowledge of the matters set forth herein and if called to testify could and would truthfully testify to the following.

2.   I submit this declaration in support of Cross-Plaintiff Wholesalefashionsquare.com, Inc. ("Wholesale")'s Motions in Limine 1-2. I have personal knowledge of the facts below and if called to testify could and would testify truthfully to the following facts.

3. On Thursday, December 2, 2021, my colleague Charissa Morningstar conferred with Fang Chen, counsel for Andrew J. Park and J & K Clothing, Inc. on these motions and they were unable to resolve the disputes.

4. On Friday, December 3, 2021, I conferred telephonically with Calvin Myung, counsel for Young H. Cho, Soyeon Cho, and SkyOcean, Inc., on these motions and we were unable to resolve the disputes.

5. Attached hereto as **Exhibit A** is a true and correct copy of an excerpt of the deposition transcript of the deposition of Wholesale CFO Michael Kremerman, who was deposed as the Rule 30(b)(6) corporate designee of Wholesale.

6. Attached hereto as **Exhibit B** are the complaints filed against Wholesale alleging copyright infringement that Plaintiffs designated as exhibits during the September 4, 2020 Kremerman deposition.

7. Attached hereto as **Exhibit C** is a true and correct copy of an excerpt of the deposition transcript of Andrew J. Park, who was deposed in his individual capacity and as a Rule 30(b)(6) designee of Cross-Defendant J&K Clothing, Inc.

8. Attached hereto as **Exhibit D** is a true and correct copy of an excerpt of Wholesale's Requests for Production propounded on Love Letter Cross-Defendants.

I declare under penalty of perjury, under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on December 6, 2021          /s/     *Avi Wagner*
                                       Avi N. Wagner