UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

_____

| | |
|---|---|
| HEM & THREAD, INC., a California corporation; HYUN KIM, an individual,<br><br>        Plaintiffs,<br><br>vs.<br><br>WHOLESALEFASHIONSQUARE.COM, INC., a California corporation; DOWNTOWN 11TH, INC., a California corporation; MIN LEE, individually dba ROUSSEAU; ANDREW LEE, individually dba BOSWELL FASHION; and DOES 1 through 10,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.:<br>) 2:19-CV-00283-CBM-AFM<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

DEPOSITION OF MICHAEL KREMERMAN

Los Angeles, California

Monday, August 31, 2020

Reported by:
Kathy E. Mannlein, CSR No. 13153
Job NO. 54641

MICHAEL KREMERMAN

August 31, 2020

```
 1              UNITED STATES DISTRICT COURT

 2              CENTRAL DISTRICT OF CALIFORNIA

 3                   _____

 4     HEM & THREAD, INC., a          )
       California corporation; HYUN   )
 5     KIM, an individual,            )
                                      )
 6                  Plaintiffs,       )
                                      )
 7     vs.                            ) Case No.:
                                      ) 2:19-CV-00283-CBM-AFM
 8     WHOLESALEFASHIONSQUARE.COM,    )
       INC., a California             )
 9     corporation; DOWNTOWN 11TH,    )
       INC., a California             )
10     corporation; MIN LEE,         )
       individually dba ROUSSEAU;     )
11     ANDREW LEE, individually dba   )
       BOSWELL FASHION; and DOES 1    )
12     through 10,                    )
                                      )
13                  Defendants.       )

14

15

16

17

18

19

20          The deposition of MICHAEL KREMERMAN, taken on

21     behalf of the Plaintiffs, at a remote location,

22     commencing at 10:07 a.m. and ending at 5:24 p.m., on

23     Monday, August 31, 2020, before Kathy Mannlein, a

24     Certified Shorthand Reporter in the State of California,

25     License No. 13153.
```

MICHAEL KREMERMAN

August 31, 2020

```
 1    APPEARANCES OF COUNSEL:

 2

 3    For the Plaintiff:

 4    FOX ROTHSCHILD, LLP
      BY:  MITCHELL S. KIM, Attorney at Law
 5    10250 Constellation Boulevard, Suite 900
      Los Angeles, California  90067
 6    310-598-4150
      310-556-9828  Fax
 7    MSKim@foxrothschild.com

 8    For the Witness Michael Kremerman:

 9    THE WAGNER FIRM
      BY:   AVI WAGNER, Attorney at Law
10    BY:   CHARISSA MORNINGSTAR, Attorney at Law
      1925 Century Park East, Suite 2100
11    Los Angeles, California  90067
      310-491-7949
12    310-694-3967  Fax
      avi@thewagnerfirm.com
13
      For the Defendants J&K Clothing:
14
      THE LAW OFFICES OF FANG CHEN
15    BY:   FANG LONG CHEN, Attorney at Law
      675 Brea Canyon Road, Suite 9
16    Walnut, California  91789
      626-512-8990
17    fang@fangchenlaw.com

18

19    Also present:  Ania Bilinska, Video Tech

20

21

22

23

24

25
```

MICHAEL KREMERMAN

August 31, 2020

```
 1                      I N D E X

 2

 3   Examinations                               Page

 4   BY MR. KIM                                    7

 5

 6

 7

 8

 9                   E X H I B I T S

10   No.            Description                  Page

11   Exhibit 1      Plaintiff Hem & Thread, Inc.   13
                    And Hyun Kim's Amended Notice Of
12                  Deposition of Michael Kremerman

13   Exhibit 10     Articles Of Incorporation Of  110
                    WholesaleFashionSquare.com, Inc.
14
     Exhibit 2      Two colored photographs       148
15
     Exhibit 3      Wholesale Fashion Square Order 151
16                  1008375

17   Exhibit 3A     Wholesale Fashion Square Order 153
                    1011183
18
     Exhibit 3B     Wholesale Fasion Square Order  156
19                  1013265

20   Exhibit 4      8/28/18 letter from Love Letter 158

21   Exhibit 5      9/5/18 letter from Love Letter  166

22   Exhibit 6      Check 9495                     167

23   Exhibit 7      Eli Cohen business card        168

24   Exhibit 8      Product chart list             171

25   Exhibit 8A     Hem & Thread - Profit & Loss   173
```

| 1 | Exhibit 9 | Website Page of Navy Sherpa Jacket | 182 |
|---|---|---|---|
| 2 | Exhibit 10A | Statement Of Information | 184 |
| 3 | Exhibit 11 | Mi Amore F/S Invoice # 72367 | 187 |
| 4 | Exhibit 12 | Text message screenshots | 190 |

```
 5    Exhibit 13      Defendant And Cross-Claimant      194
                      WholesaleFashionSquare.com, Inc.'s
 6                    Amended Responses To Plaintiffs'
                      Requests For Admission
 7
      Exhibit 13A     Defendant And Cross-Claimant      196
 8                    WholesaleFashionSquare.com, Inc.'s
                      Responses To Plaintiffs' Requests
 9                    For Admissions

10    Exhibit 14      Defendant And Cross-Claimant      198
                      WholesaleFashionSquare.com, Inc.'s
11                    Supplemental Responses To Plaintiff's
                      First Set Of Requests For Production
12
      Exhibit 14A     Defendant And Cross-Claimant      199
13                    WholesaleFashionSquare.com, Inc.'s
                      Responses To Plaintiffs' First Set
14                    Of Requests For Production

15    Exhibit 15      Defendant And Cross-Claimant      202
                      WholesaleFashionSquare.com, Inc.'s
16                    Amended Responses To Plaintiffs'
                      Requests For Production, Set Two
17
      Exhibit 15A     Defendant WholesaleFashionSquare.com, 203
18                    Inc.'s Responses To Plaintiffs' Requests
                      For Production, Set Two
19
      Exhibit 16      Defendant WholesaleFashionSquare.com, 205
20                    Inc.'s Supplemental Responses To
                      Plaintiffs' First Set Of Interrogatories
21
      Exhibit 16A     Defendant WholesaleFashionSquare.com  209
22                    Inc.'s Responses To Plaintiffs' First
                      Set Of Interrogatories
23
      Exhibit 17      Defendant WholesaleFashionSquare.com  214
24                    Inc.'s Amended Responses To Plaintiffs'
                      Interrogatories, Set Two
25
```

MICHAEL KREMERMAN

August 31, 2020

| 1 | Exhibit 17A | Defendant WholesaleFashionSquare.com | 215 |
| 2 | | Inc.'s Supplemental Responses To Plaintiffs' Interrogatories, Set Two | |
| 3 | Exhibit 18 | Verification Of Interrogatory | 217 |
| 4 | | Responses | |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

MICHAEL KREMERMAN

August 31, 2020

1   make it easier for me to understand the question?

2       Q.  Sure.  First of all, let me break it down one by

3   one.

4           Who does Sky Ocean do as a company based on your

5   understanding?

6       A.  I don't know.

7       Q.  So you have no idea what Sky Ocean does?

8       A.  No.

9       Q.  Do you know where the company is located?

10      A.  I think I went to their warehouse, but I'm not

11  sure.

12      Q.  Do you know when you went to the warehouse?

13      A.  I don't recall.

14      Q.  Do you recall at least a year?

15      A.  What's the year -- what's this court case?  What

16  year is this?

17      Q.  This was filed in 2019.

18      A.  This case was filed -- so it's previous to that.

19      Q.  So would you say 2017 is when you visited them?

20      A.  I really don't recall.

21      Q.  2018?

22      A.  Again, I don't remember.

23      Q.  Do you recall why you visited their warehouse?

24      A.  I went to see the -- the goods that I was

25  offered.

MICHAEL KREMERMAN

August 31, 2020

1   Q.  When you say the goods that you were offered,
2   can you please explain what you mean by that?
3   **A.  I was offered to buy goods and I went -- I drove**
4   **to their warehouse to see the goods, to expect that they**
5   **exist, and that it looked okay.  That's what I saw.**
6   Q.  What goods are you talking about?
7   **A.  The -- the goods that are in this case.**
8   Q.  The garments?
9   **A.  Yes.  Yeah, garment -- the garments that we're**
10  **talking about right now.**
11  Q.  Do you recall them being referred to as Sherpa
12  jackets?
13  **A.  That's a phrase that people use, yes.**
14  Q.  And in terms of referring to this particular
15  clinical goods, in terms of how you referenced it, it
16  means Sherpa jackets; correct?
17  **A.  Yes.**
18  Q.  At least on your understanding, and your
19  recollection, you don't recall ever working for
20  Sky Ocean; correct?
21  **A.  No.**
22  Q.  Do you recall WFS ever working for Sky Ocean?
23  **A.  I don't recall.**
24  Q.  Do you recall ever working with Sky Ocean at any
25  time?

MICHAEL KREMERMAN

August 31, 2020

1    State of California        )

2    County of LOS ANGELES      )

3

4                    Deponent's Declaration

5

6

7

8        I, MICHAEL KREMERMAN, do hereby certify under

9    penalty of perjury that I have read the foregoing

10   transcript of my deposition taken on August 31, 2020;

11   that I have made such corrections as appear noted on the

12   Deposition Errata Page, attached hereto, signed by me;

13   that my testimony as contained herein, as corrected, is

14   true and correct.

15

16       Dated this _____ day of_____, 2020,

17   at _____, California.

18

19

20                       _____

21                       MICHAEL KREMERMAN

22

23

24

25

MICHAEL KREMERMAN

August 31, 2020

```
1    State of California      )

2    County of LOS ANGELES    )

3

4         I, Kathy Mannlein, Certified Shorthand Reporter,

5    do hereby certify:

6         That prior to being examined, the witness in the

7    foregoing proceeding was by me duly sworn to testify to

8    the truth, the whole truth, and nothing but the truth;

9         That said proceedings were taken before me at the

10   time and place therein set forth and were taken down by

11   me in shorthand and thereafter transcribed into

12   typewriting under my direction and supervision;

13        I further certify that I am neither counsel for,

14   nor related to, any parties to said proceedings, nor in

15   anywise interested in the outcome thereof.

16        In witness whereof, I have hereunto subscribed my

17   name.

18

19   Dated:  September 14, 2020

20

21                         Kathy Mannlein

22                         CSR No. 13153

23

24

25
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

_____

| | |
|---|---|
| HEM & THREAD, INC., a California corporation; HYUN KIM, an individual,<br><br>                    Plaintiffs,<br><br>vs.<br><br>WHOLESALEFASHIONSQUARE.COM, INC., a California corporation; DOWNTOWN 11TH, INC., a California corporation; MIN LEE, individually dba ROUSSEAU; ANDREW LEE, individually dba BOSWELL FASHION; and DOES 1 through 10,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No.:<br>) 2:19-CV-00283-CBM-AFM<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Job No. 54815<br>)<br>)<br>)<br>) |

PMK OF WHOLESALEFASHIONSQUARE.COM, INC.

DEPOSITION OF MICHAEL KREMERMAN

VOLUME I

Los Angeles, California

Friday, September 4, 2020

MICHAEL KREMERMAN

September 04, 2020

```
 1              UNITED STATES DISTRICT COURT

 2              CENTRAL DISTRICT OF CALIFORNIA

 3                   _____

 4    HEM & THREAD, INC., a          )
      California corporation; HYUN   )
 5    KIM, an individual,            )
                                     )
 6                  Plaintiffs,      )
                                     )
 7    vs.                            ) Case No.:
                                     ) 2:19-CV-00283-CBM-AFM
 8    WHOLESALEFASHIONSQUARE.COM,    )
      INC., a California             )
 9    corporation; DOWNTOWN 11TH,    )
      INC., a California             )
10    corporation; MIN LEE,         )
      individually dba ROUSSEAU;     )
11    ANDREW LEE, individually dba   )
      BOSWELL FASHION; and DOES 1    )
12    through 10,                    )
                                     )
13                  Defendants.      )

14

15

16

17

18

19

20        The deposition of MICHAEL KREMERMAN, VOLUME I,

21    taken on behalf of the Plaintiffs, at a remote

22    location, commencing at 2:33 p.m. and ending at 5:01

23    p.m., on Friday, September 4, 2020, before Kathy

24    Mannlein, a Certified Shorthand Reporter in the State

25    of California, License No. 13153.
```

MICHAEL KREMERMAN

September 04, 2020

```
 1    APPEARANCES OF COUNSEL:

 2

 3    For the Plaintiff:

 4    FOX ROTHSCHILD, LLP
      BY:  MITCHELL S. KIM, Attorney at Law
 5    10250 Constellation Boulevard, Suite 900
      Los Angeles, California  90067
 6    310-598-4150
      310-556-9828  Fax
 7    MSKim@foxrothschild.com

 8    For the Witness Michael Kremerman:

 9    THE WAGNER FIRM
      BY:   AVI WAGNER, Attorney at Law
10    BY:  CHARISSA MORNINGSTAR, Attorney at Law
      1925 Century Park East, Suite 2100
11    Los Angeles, California  90067
      310-491-7949
12    310-694-3967  Fax
      avi@thewagnerfirm.com
13
      For the Defendants J&K Clothing:
14
      THE LAW OFFICES OF FANG CHEN
15    BY:  FANG LONG CHEN, Attorney at Law
      675 Brea Canyon Road, Suite 9
16    Walnut, California  91789
      626-512-8990
17    fang@fangchenlaw.com

18

19    Also present:  Ania Bilinska, Video Tech

20

21

22

23

24

25
```

MICHAEL KREMERMAN

September 04, 2020

```
 1                    I N D E X

 2

 3   Examinations                                    Page

 4   BY MR. KIM                                         6

 5

 6

 7

 8

 9                  E X H I B I T S

10   No.            Description                      Page

11   Exhibit 1      Plaintiff Hem & Thread, Inc. And   12
                    Hyun Kim's Amended Notice Of
12                  Deposition Of Michael Kremerman And
                    Request For Production Of Documents
13
     Exhibit 2      Complaint For, Number One, Copyright 64
14                  Infringement; Two, Vicarious Copyright
                    Infringement; Three, Contributory
15                  Copyright Infringement, And Demand For
                    Jury Trial
16
     Exhibit 3      Plaintiff's Complaint For,          66
17                  Number One, Copyright Infringement;
                    Two, Vicarious And/Or Contributory
18                  Copyright Infringement

19   Exhibit 4      Plaintiff's Complaint For, One,     72
                    Copyright Infringement; Two,
20                  Vicarious Copyright Infringement;
                    Three, Contributory Copyright
21                  Infringement

22   Exhibit 5      Plaintiff's First Amended Complaint 74
                    For, One, Copyright Infringement;
23                  Two, Vicarious Copyright Infringement;
                    Three, Contributory Copyright
24                  Infringement

25   Exhibit 6      Complaint For Copyright Infringement 77
```

MICHAEL KREMERMAN

September 04, 2020

```
 1    Exhibit 7      Plaintiff's Complaint For Copyright   78
                     Infringement, Number One; Number Two,
 2                   Vicarious And/Or Contributory Copyright
                     Infringement
 3
      Exhibit 8      Plaintiff's Third Amended Complaint   80
 4                   For, One, Copyright Infringement;
                     Two, Vicarious And/Or Contributory
 5                   Copyright Infringement

 6    Exhibit 9      Website Page of Navy Sherpa Jacket     17

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

MICHAEL KREMERMAN

September 04, 2020

```
 1          MR. WAGNER:  To his knowledge.

 2          MR. KIM:  Yes.  Thank you for that

 3     clarification.

 4          THE WITNESS:  Do I remember what it is?  No.

 5     BY MR. KIM:

 6     Q.  I want you to take a look at Exhibit 2.

 7          MR. KIM:  Ania, can you post it, please, on

 8     share screen.

 9          THE VIDEOGRAPHER:  Okay.  There it is.

10          MR. KIM:  Thank you.

11          THE VIDEOGRAPHER:  And it is also in the chat.

12          MR. KIM:  Great.

13     BY MR. KIM:

14     Q.  Mr. Kremerman, while you are searching for the

15     document, I'm going to explain for the record, that

16     there is a document that is being shared via share

17     screen through Zoom that is titled "Complaint For,

18     Number One, Copyright Infringement; Two, Vicarious

19     Copyright Infringement; Three, Contributory Copyright

20     Infringement, And Demand For Jury Trial."

21          And it says Jitrade, Inc., a California

22     Corporation, Plaintiff, versus

23     WholesaleFashionSquare.com, Inc., and Does 1 through

24     10, inclusive, Defendants.

25          MR. KIM:  I'm going to be marking this as
```

MICHAEL KREMERMAN

September 04, 2020

1    Exhibit 2, for the record.

2                 (Exhibit 2 marked.)

3    BY MR. KIM:

4      Q.  Mr. Kremerman, do you see this document that

5    has been marked as Exhibit 2?

6           MR. WAGNER:  Objection.  I think it's beyond

7    the scope of the 30(b)(6) notice.

8           MR. KIM:  You may respond.

9           **THE WITNESS:  I don't remember seeing this**

10   **document.  But maybe I did.  I don't know.**

11          MR. WAGNER:  He's asking if you see it right

12   now.

13          **THE WITNESS:  Oh, do I see it right now?  Yeah,**

14   **I see a document.**

15   BY MR. KIM:

16     Q.  Do you recall seeing this or receiving this

17   document that has been marked as Exhibit 2?

18     **A.  I don't recall.**

19     Q.  Do you recall ever getting sued by a company

20   called Jitrade, Inc.?

21     **A.  I don't recall.**

22     Q.  Do you recall what this case was about?

23     **A.  No, I do not.  I don't recall.**

24          MR. WAGNER:  Objection to this whole line.

25   It's beyond the scope.

**MICHAEL KREMERMAN**

September 04, 2020

1   BY MR. KIM:

2       Q.  Are you familiar with a company called Jitrade,

3   Inc.?

**4       A.  No.**

5       Q.  Have you ever heard of a company called

6   Jitrade, Inc.?

**7       A.  I don't recall.  Maybe I did, but I don't**

**8   recall.**

9       Q.  The name WholesaleFashionSquare.com, Inc., that

10  is the name of your company; correct?

**11      A.  Correct.**

12      Q.  Are you aware of any other company that is

13  referred to as WholesaleFashionSquare.com, Inc.,

14  besides yours?

**15      A.  No.**

16      Q.  Do you recall what happened with this lawsuit

17  that was filed or served by Jitrade, Inc. against

18  Wholesale Fashion Square?

**19      A.  No.**

20      Q.  Now, I want you to look at Exhibit 3.

21          MR. KIM:  While you're looking for this

22  document, for the record, I'm going to be marking as

23  Exhibit 3 a document that is titled "Plaintiff's

24  Complaint For, Number One, Copyright Infringement; Two,

25  Vicarious And/Or Contributory Copyright Infringement.

MICHAEL KREMERMAN
September 04, 2020

```
 1                    (Exhibit 3 marked.)

 2          MR. WAGNER:  Object to the entire scope as

 3   beyond the -- this entire line as beyond the scope of

 4   the 30(b)(6) notes.

 5          MR. KIM:  And it lists Gold Value International

 6   Textile, Inc., a California corporation, individually,

 7   and doing business as Fiesta Fabric, Plaintiff, versus

 8   Zulily, LLC, Wholesale Fashion Square, Inc., Lanesra or

 9   Lanesra, Inc., May & July, Inc., Elad Import, Inc., Li

10   Yuan Textile and Apparel, Inc., as defendants.

11          For record's purposes, I'm going to be marking

12   this document as Exhibit 3.

13   BY MR. KIM:

14     Q.  Mr. Kremerman, do you see the document that has

15   been marked as Exhibit 3?

16     A.  I do.

17     Q.  Have you seen this document before today?

18     A.  I don't recall.

19     Q.  Do you know a company by the name of Gold Value

20   International Textile, Inc.?

21     A.  I have heard of them, yes.

22     Q.  And how do you know that company?

23     A.  I know that they produced -- produced textile.

24     Q.  And are you familiar with a name Fiesta Fabric?

25     A.  I see it here; it says Fiesta Fabric.
```

MICHAEL KREMERMAN

September 04, 2020

1    Q.  But are you familiar with that name, besides

2  what you see on Exhibit 3?

3    **A.  No, not that I recall.**

4    Q.  Now, are you familiar with the company called

5  Zulily, LLC?

6    **A.  I am, yes.**

7    Q.  And how are you familiar with that company?

8    **A.  They're a big company.  They do a lot of**

9  **advertising.**

10    Q.  Has WholesaleFashionSquare.com, Inc. done any

11  business with Zulily, LLC?

12    **A.  I don't recall.**

13    Q.  Are you familiar with a company called Lanesra,

14  Inc.?

15    **A.  I don't recall.**

16    Q.  Are you familiar with a company called May &

17  July, Inc.?

18    **A.  I remember there was a company called May &**

19  **July, Inc.**

20    Q.  And how do you know that company?

21    **A.  I know them.  They had a store in San Pedro.**

22  **They're a big company.**

23    Q.  Did you do any business with May & July, Inc.?

24    **A.  Yes, I think I did.**

25    Q.  And what type of business?

MICHAEL KREMERMAN

September 04, 2020

1      A.   I believe I bought merchandise from them.

2      Q.   Do you recall what type of merchandise?

3      A.   Can you -- clothing -- women's clothing.

4           MR. WAGNER:  Continue to object to this as

5      beyond the scope.

6           Can I ask you, for the record, what the

7      relevance and where this is within the 30(b)(6) notice?

8           MR. KIM:  Yeah.  No.  Absolutely.  We're trying

9      to get more information as to the conduct in which the

10     company, WFS, engages in when dealing with or

11     purchasing garments and how it purchases it, where, and

12     what relationships.  And, essentially, the relationship

13     as to how it may have committed some infringements in

14     the past.

15          MR. WAGNER:  And which time -- sorry.  And

16     which topic does this fall under?

17          MR. KIM:  And to be fair, I don't know what

18     these complaints were exactly about and what role

19     Wholesale Fashion Square played.  So that's why I

20     wanted to gather the information.

21          MR. WAGNER:  But which topic on the 30(b)(6)

22     notice is this subsumed in?

23          MR. KIM:  Well, several.  First off, in

24     relation to number two.

25          MR. WAGNER:  This has nothing to do with the

MICHAEL KREMERMAN

1   Sherpa jacket.

2         MR. KIM:  Number nine.  Number nine.

3         MR. WAGNER:  I don't think this has anything to

4   do with --

5         MR. KIM:  Well, that's your opinion.  I beg to

6   differ.

7         MR. WAGNER:  Well, what relevance --

8         MR. KIM:  Look, I don't think I need to get

9   into describing why, in terms of the relevance.  If you

10  have a problem with it, you could instruct your client

11  not to answer, and we can go about resolving it in

12  front of the judge, for efficiency sake.

13        MR. WAGNER:  Okay.  No, I think it's well

14  beyond the scope.

15        We can move on.

16        MR. KIM:  All right.  So are you instructing

17  your client not to answer as to these lines of

18  questions?

19        MR. WAGNER:  No, I'm not.  That's your trick,

20  not mine.

21        MR. KIM:  Okay.

22  BY MR. KIM:

23    Q.  So, Mr. Kremerman, can you please respond to my

24  latest question regarding your business that you had

25  with -- I believe we were talking about May & July,

**MICHAEL KREMERMAN**

September 04, 2020

```
 1   Inc.
 2      A.   Okay.  Can I see the document again?  It's
 3   gone.
 4           MR. WAGNER:  Oh, sorry.  Let me get it back.
 5           THE WITNESS:  Yeah, I used to buy merchandise
 6   from them.
 7   BY MR. KIM:
 8      Q.   Okay.  And we talked about that you purchased
 9   clothing from them; correct?
10      A.   Correct.
11      Q.   And what type of clothing did you purchase from
12   them?
13      A.   Merchandise.
14      Q.   And when you purchased clothing, or dresses, or
15   tops from them, did they consist of labels or tags?
16      A.   Yes, I would assume so.
17      Q.   And do you recall whose tags or labels those
18   garments had?
19      A.   Yeah, it would be -- it would be theirs, May &
20   July.
21      Q.   I'm sorry?
22      A.   To the best of my recollection -- recollection,
23   they have a label.
24      Q.   How about Elad Import, Inc.?  Are you familiar
25   with that company?
```

MICHAEL KREMERMAN

September 04, 2020

```
 1      A.  Am I familiar with them?  No.  I mean -- no.
 2      Q.  Are you familiar with a company called Li Yuan
 3  Textile and Apparel, Inc.?
 4      A.  No.
 5      Q.  Do you recall about this lawsuit, what that was
 6  for?
 7      A.  I do not.  I do not recall.
 8      Q.  Now, I want you to look at Exhibit 4.
 9          MR. WAGNER:  Mitchell, did you ever end up
10  marking the website exhibit?
11          MR. KIM:  Not the web page where we used it to
12  give an example about the web design.
13          MR. WAGNER:  Okay.
14          MR. KIM:  Exhibit 9 --
15          MR. WAGNER:  Okay.  So that web page one is
16  supposed to remain unmarked?
17          MR. KIM:  Yes.
18          MR. WAGNER:  Okay.
19          MR. KIM:  Now, for the record, we're sharing
20  via share screen on Zoom a document that is titled
21  "Plaintiff's Complaint For, One, Copyright
22  Infringement; Two, Vicarious Copyright Infringement;
23  Three, Contributory Copyright Infringement."
24              (Court reporter clarification.)
25          MR. KIM:  Plaintiff listed on the document is
```

MICHAEL KREMERMAN

September 04, 2020

1   Jitrade, Inc.; defendants listed on the document are En

2   Coree USA Inc., DBA The Sang Clothing, and Sang Bae

3   Han; Scott Chongyang Kim; WholesaleFashionSquare.com,

4   Inc.; Michael Kremerman as defendants.

5        For record's purposes, I'm going to be marking

6   this as Exhibit 4, for the record.

7                  (Exhibit 4 marked.)

8   BY MR. KIM:

9     Q.  Mr. Kremerman, have you seen this document that

10   has been marked as Exhibit 4?

11        MR. WAGNER:  I'll continue to object on

12   relevance and beyond the scope of the 30(b)(6) notice.

13        **THE WITNESS:  I don't recall seeing this**

14   **document.  I mean, maybe I did.  I don't know.  Could**

15   **be.**

16   BY MR. KIM:

17     Q.  Where it lists Michael S. Kremerman, that is

18   your name; correct?

19     **A.  That is my name.**

20     Q.  Are you familiar with a company called En Coree

21   U.S.A., Inc.?

22     **A.  Maybe.  I'm not sure.**

23     Q.  How about the Sang -- The Sang Clothing?

24     **A.  I know a company by the name of Sang, yes.**

25     Q.  And how do you know that name?

MICHAEL KREMERMAN

September 04, 2020

```
 1      A.  I buy merchandise from them.

 2      Q.  What kind of merchandise?

 3      A.  Clothing.

 4      Q.  And what type of clothing?

 5      A.  Dresses, tops, whatever they're selling.

 6      Q.  Do you recall when the last purchase was made?

 7      A.  I do not.

 8      Q.  Did you purchase any Sherpa jackets from Sang

 9   Clothing?

10      A.  Might have.

11      Q.  Do you have any invoices to show the purchase

12   of the Sherpa jackets from The Sang Clothing?

13      A.  I don't know.  I'd have to check.

14      MR. WAGNER:  I continue to object as beyond the

15   scope.

16   BY MR. KIM:

17      Q.  And to clarify when I use the phrase, the

18   "Sherpa jackets," we're talking about the Sherpa

19   jackets that are defined as infringing garments.

20      MR. WAGNER:  Objection; vague.

21   BY MR. KIM:

22      Q.  So with that understanding, did you purchase

23   the Sherpa jackets that are -- that are at issue of

24   this litigation from a company called The Sang

25   Clothing?
```

MICHAEL KREMERMAN

September 04, 2020

1      A.   I don't think -- no, I don't think so.

2      Q.   Did you sell any of the Sherpa jackets that you

3   purchased from this -- that is at issue in this

4   litigation to a company called The Sang Clothing?

5      A.   I don't think so.

6      Q.   And when you purchased garments or clothes from

7   The Sang Clothing, do you recall receiving those

8   clothes with labels or tags?

9      A.   I wouldn't remember.

10      Q.   Now, I want you to look at Exhibit 5.

11           For the record, this document is titled

12   "Plaintiff's First Amended Complaint For, One,

13   Copyright Infringement; Two, Vicarious Copyright

14   Infringement; Three, Contributory Copyright

15   Infringement."

16           Plaintiff listed is C&SM International, a South

17   Korea Corporation.  Defendants listed are Fashion Eden,

18   DBA Make Me Chic; John Chang;

19   WholesaleFashionSquare.com, Inc.; Michael S. Kremerman.

20           For the record's purposes, I'm going to be

21   marking this as Exhibit 5.

22                     (Exhibit 5 marked.)

23   BY MR. KIM:

24      Q.   Mr. Kremerman, have you seen this document

25   before today?

MICHAEL KREMERMAN

September 04, 2020

1          MR. WAGNER:  Continue to object as beyond the
2     scope and irrelevant.
3          **THE WITNESS:  I don't recall seeing this**
4     **document.  But, again, I might have.**
5     BY MR. KIM:
6      Q.  And, again, the company,
7     WholesaleFashionSquare.com, Inc., that is your company;
8     correct?
9      **A.  That's not how they wrote it here, but that is**
10    **my company.**
11     Q.  And Michael S. --
12     **A.  I'm sorry.  That is mine, yes.**
13     Q.  Okay.  Now, are you familiar with a company
14    called C&SM International?
15     **A.  Yeah, I think I've seen this.**
16     Q.  And how do you know this company?
17     **A.  Maybe from this document.  Maybe purchased**
18    **goods from them.  I don't remember.**
19     Q.  Do you know what they sell?
20     **A.  Not offhand, no.**
21     Q.  What, if any -- what --
22     **A.  I don't know.  I think maybe -- I don't know.**
23    **I really don't.  I'd just be guessing, so no.**
24          MR. WAGNER:  Yeah, don't guess.
25          MR. KIM:  Yeah, don't guess, please.

MICHAEL KREMERMAN

September 04, 2020

1         THE WITNESS:  Yeah, I don't know.

2    BY MR. KIM:

3         Q.  What, if any, goods, did you purchase from

4    C&SM International?

5         A.  I don't recall.

6         Q.  Did you ever purchase the Sherpa jackets that

7    are at issue in this case from C&SM International?

8         A.  I don't think so.

9         Q.  Did you ever sell the Sherpa jackets that are

10   at issue in this case to C&SM International?

11        A.  I don't recall.

12        Q.  Are you familiar with a company named

13   Fashion Eden, DBA Make Me Chic?

14        A.  I don't recall this name.

15        Q.  Are you familiar with the name John Chang?

16        A.  I don't recall.

17        Q.  Now, I want you to look at Exhibit 6 -- or

18   what's to be marked as Exhibit 6.

19        MR. KIM:  For the record's purposes, this

20   document has the title "Complaint For Copyright

21   Infringement."

22        The Plaintiff listed is Universal Dyeing &

23   Printing, Inc.; defendants listed are

24   WholesaleFashionSquare.com, Inc., and Does 1 through

25   10.

MICHAEL KREMERMAN

September 04, 2020

1           I'm going to be marking this as Exhibit 6 for

2      the record.

3                     (Exhibit 6 marked.)

4      BY MR. KIM:

5         Q.  Mr. Kremerman, have you ever seen this document

6      that has been marked as Exhibit 6 before today?

7           MR. WAGNER:  Continue to object on the same

8      line as beyond the scope and relevance.

9           **THE WITNESS:  I don't recall.**

10     BY MR. KIM:

11        Q.  Are you familiar with a company called

12     Universal Dyeing & Printing?

13        **A.  I know they're a clothing company.**

14        Q.  Have you purchased any goods from Universal

15     Dyeing & Printing on behalf of Wholesale Fashion

16     Square?

17        **A.  Not to the best of my recollection.**

18        Q.  Have you had any form of business dealing with

19     Universal Dyeing & Printing on behalf of Wholesale

20     Fashion Square?

21          MR. WAGNER:  Objection; scope; relevance.

22          **THE WITNESS:  Can you make it clearer?**

23          MR. KIM:  Sure.

24     BY MR. KIM:

25        Q.  Has Universal Dyeing & Printing, Inc., for

MICHAEL KREMERMAN

September 04, 2020

1   example, sell any goods to WholesaleFashionSquare.com?

**2      A.   I don't recall.**

3      Q.   Now, I want you to look at Exhibit 7.

**4      A.   Okay.**

5           MR. KIM:  For the record, this document is

6   titled "Plaintiff's Complaint For Copyright

7   Infringement, Number One; Number Two, Vicarious And/Or

8   Contributory Copyright Infringement."

9           Plaintiff listed is Unicolors, Inc.; defendants

10   listed are Moda Xpress, Inc., and

11   WholesaleFashionSquare.com, Inc.

12           For the record, I'm going to be marking this

13   document as Exhibit 7.

14                     (Exhibit 7 marked.)

15   BY MR. KIM:

16      Q.   Mr. Kremerman, have you ever seen this document

17   before today?

18           MR. WAGNER:  Same objection on scope and

19   relevance.

**20           THE WITNESS:  No, I don't recall this document.**

21   BY MR. KIM:

22      Q.   Are you familiar with a company called

23   Moda Xpress, Inc.?

**24      A.   No, I am not.**

25      Q.   I'm sorry?

MICHAEL KREMERMAN

September 04, 2020

1      A.  No, I don't recall -- I don't remember a

2   company with this name.

3      Q.  Are you familiar with a company called

4   Unicolors, Inc.?

5      A.  I am not.

6      Q.  Do you recall selling any of the Sherpa jackets

7   that are at issue for this litigation to Moda Xpress,

8   Inc.?

9      A.  I don't recall.

10      Q.  Do you recall selling the Sherpa jackets that

11   are at issue in this litigation to Unicolors, Inc.?

12      A.  I have no recollection -- no, I don't recall.

13      Q.  Now, I want you to look at Exhibit 8 -- or

14   what's to be marked as Exhibit 8.

15          MR. KIM:  For the record, this document is

16   titled "Plaintiff's Third Amended Complaint For, One,

17   Copyright Infringement; Two, Vicarious And/Or

18   Contributory Copyright Infringement."

19          Plaintiff listed is Star Fabrics, Inc. and

20   defendants listed are Rhapsodielle, Inc. -- I butchered

21   that -- Classic for Ladies; MJC Connection Inc.; DESE

22   Enterprise, Inc., DBA AMI Club Wear;

23   WholesaleFashionSquare.com, Inc.; Joia Trading, Inc.

24          I'm going to be marking this document as

25   Exhibit 8, for the record.

MICHAEL KREMERMAN

```
 1                    (Exhibit 8 marked.)
 2   BY MR. KIM:
 3       Q.  Mr. Kremerman, have you seen this document
 4   before today?
 5       A.  I don't recall this document.
 6       Q.  Are you familiar with a company called
 7   Rhapsodielle, Inc.?
 8       A.  No, I'm not.
 9       Q.  Are you familiar with a company called Classic
10   for Ladies?
11       A.  Can you say that again?
12       Q.  Are you familiar with a company called Classic
13   for Ladies?
14       A.  No, I don't recall.
15       Q.  Are you familiar with a company called MJC
16   Connection, Inc.?
17       A.  Where is that?  No, I do not recall this one.
18       Q.  How about a company called Mind Code?
19       A.  There's a clothing company called Mind Code.
20       Q.  Have you sold the Sherpa jackets that are at
21   issue here in this case to the company called
22   Mind Code?
23       A.  You know what, maybe -- I'm sorry, I think I
24   got the wrong -- I think it was Mine Code, not
25   Mind Code, so I don't know this company.
```

MICHAEL KREMERMAN

September 04, 2020

1    Q.  Okay.  So you're not familiar with this company

2    --

3    A.  Sorry.  I don't think it's that -- I'm not sure

4    that's the name that I was thinking of.

5    Q.  Okay.  So Mind Code, you're not familiar with;

6    correct?

7    A.  I think there's a company, but I think it's

8    called Mine Code.  I don't think it's called Mind Code.

9    I may be wrong.  I'm not sure.

10   Q.  Yeah, don't guess, please.

11   A.  Yeah, I'm not sure.

12   Q.  Are you familiar with a company called DESE

13   Enterprise, Inc.?

14   A.  Can you say that again?

15   Q.  Sure.

16       Are you familiar with a company called DESE

17   Enterprise, Inc.?

18       It's actually listed on Exhibit 8.

19   A.  Yeah.  No, I'm looking at it -- no.

20   Q.  Are you familiar with the name AMI Club Wear?

21   A.  I know there is a company called AMI Club Wear.

22   I don't know if they still exist, but there used to be

23   a company called AMI.

24   Q.  Do you recall if Wholesale Fashion Square sold

25   the subject Sherpa jackets that are at issue in this

MICHAEL KREMERMAN

September 04, 2020

1  litigation to a company called AMI Club Wear?

2     A.  I don't recall.

3     Q.  Are you familiar with a company called Joia

4  Trading, Inc.?

5     A.  Yes.

6     Q.  How do you know that company?

7     A.  It's a very big company.

8     Q.  What kind of a company is it?

9     A.  They sell accessories.

10    Q.  Do they also sell garments?

11    A.  They sell accessories.  They sell shoes.  Do

12 they sell garments?  I'm not sure.  I don't think so,

13 but I'm not sure.

14    Q.  Do you recall selling the Sherpa jackets that

15 are at issue in this litigation to a company called

16 Joia Trading, Inc.?

17    A.  I have never sold anything to this company,

18 that I know of.

19    Q.  Are you familiar with a company called

20 Star Fabrics, Inc.?

21    A.  It's a fabric company.

22    Q.  Did you sell the subject Sherpa jackets that

23 are at issue in this litigation to Star Fabrics, Inc.,

24 at any time?

25    A.  Did I?  No, I did not.

MICHAEL KREMERMAN

September 04, 2020

1      Q.  Are you familiar with the company called Wear

2   In LA?

3           MR. WAGNER:  Sorry, you cut out.

4           Can you say that again?

5   BY MR. KIM:

6      Q.  Are you familiar with a company called

7   Wear In LA?

8      **A.  How do -- what kind of where?  Like where are**

9      **they or what they wear?**

10     Q.  It's spelled W-e-a-r i-n and LA.

11     **A.  Not to the best of my recollection.**

12     Q.  Do you recall if you sold -- you, Wholesale

13  Fashion Square -- selling the Sherpa jackets that are

14  at issue in this litigation to a company called Wear In

15  LA?

16     **A.  I don't -- I don't know.  I have no**

17     **recollection, but I wouldn't -- I don't know.**

18          MR. KIM:  Ania, can you remove this exhibit

19  from share screen, please?

20          Thank you.

21  BY MR. KIM:

22     Q.  Are you familiar with a company called Celli's

23  Closet?

24          MR. WAGNER:  Sorry.  You broke up a little

25  there.

MICHAEL KREMERMAN

September 04, 2020

```
1   State of California        )

2   County of LOS ANGELES      )

3

4                   Deponent's Declaration

5

6

7

8        I, MICHAEL KREMERMAN, VOLUME I, do hereby certify

9   under penalty of perjury that I have read the foregoing

10  transcript of my deposition taken on September 4, 2020;

11  that I have made such corrections as appear noted on

12  the Deposition Errata Page, attached hereto, signed by

13  me; that my testimony as contained herein, as

14  corrected, is true and correct.

15

16      Dated this _____ day of_____, 2020,

17  at _____, California.

18

19

20                      _____

21                      MICHAEL KREMERMAN, VOLUME I

22

23

24

25
```

MICHAEL KREMERMAN

September 04, 2020

```
 1   State of California      )
 2   County of LOS ANGELES    )
 3
 4       I, Kathy Mannlein, Certified Shorthand Reporter,
 5   do hereby certify:
 6       That prior to being examined, the witness in the
 7   foregoing proceeding was by me duly sworn to testify to
 8   the truth, the whole truth, and nothing but the truth;
 9       That said proceedings were taken before me at the
10   time and place therein set forth and were taken down by
11   me in shorthand and thereafter transcribed into
12   typewriting under my direction and supervision;
13       I further certify that I am neither counsel for,
14   nor related to, any parties to said proceedings, nor in
15   anywise interested in the outcome thereof.
16       In witness whereof, I have hereunto subscribed my
17   name.
18
19   Dated:  September 20, 2020
20
21
22   _____
         Kathy Mannlein
23       CSR No. 13153
24
25
```