Avi Wagner, Esq. (SBN 226688)
**THE WAGNER FIRM**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 491-7949
Facsimile:  (310) 694-3967
Email: avi@thewagnerfirm.com

Attorney for Cross-Plaintiff Wholesalefashionsquare.com, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEM & THREAD, INC., a California corporation, and HYUN KIM, an individual, | Case No. 2:19-cv-00283-CBM-AFM |
| Plaintiffs, | **[PROPOSED] ORDER ON CROSS-PLAINTIFF'S MOTIONS IN LIMINE** |
| vs. | |
| WHOLESALEFASHIONSQUARE.COM, INC., a California corporation, | Date: January 3, 2022 |
| | Time: 10:00 a.m. |
| Defendant. | Place: Courtroom 8B |
| WHOLESALEFASHIONSQUARE.COM, INC., a California corporation, | |
| Cross-Plaintiff | |
| vs. | |

[PROPOSED] ORDER ON CROSS-PLAINTIFF'S MOTIONS IN LIMINE

| | |
|---|---|
| 1 | ANDREW J. PARK, an individual, |
| 2 | J & K CLOTHING, INC. d/b/a |
| | LOVE LETTER COLLECTION |
| 3 | a.k.a. MI AMORE F/S, a California |
| 4 | Corporation; YOUNG H. CHO, an |
| | individual, SOYEON CHO, an |
| 5 | individual, SKYOCEAN, INC., a |
| 6 | California Corporation and; DOES |
| | 1-10, individuals and/or entities of |
| 7 | unknown form, |
| 8 | |
| 9 | Cross-Defendants. |
| 10 | _____ |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

[PROPOSED] ORDER ON CROSS-PLAINTIFF'S MOTIONS IN LIMINE

Cross-Plaintiff Wholesalefashionsquare.com, Inc.'s Motions in Limine Judgment, came on for a scheduled hearing on January 3, 2022, at or about 10:00 a.m. in Courtroom 8B of the above-entitled court before the Honorable Consuelo B. Marshall, Judge Presiding. After full consideration of the evidence and points and authorities submitted by both parties, and the oral arguments of counsel, the Court finds, that Cross-Plaintiff has shown that the risk of undue prejudice or confusing the issues outweighs the relevance of evidence or argument on (1) previous lawsuits filed against Cross-Plaintiff alleging copyright infringement; and (2) unsupported contentions by Cross-Defendants' that they did not take, or transfer, title of the Garments.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Cross-Plaintiff's Motions in Limine, are GRANTED and that Cross-Defendants will be precluded from presenting evidence or argument at trial related to (1) previous lawsuits filed against Cross-Plaintiff alleging copyright infringement; and (2) any contention by Cross-Defendants' that they did not take, or transfer, title of the Garments.

**IT IS SO ORDERED.**

DATED: _____          _____

                                         HON. CONSUELO B. MARSHALL
                                         U.S. District Court Judge

[PROPOSED] ORDER ON CROSS-PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

1